

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| BOBBY BROWN | DOCKET NO. 10-CV-1785; SEC. P |
| VERSUS | JUDGE DRELL |
| WARDEN, WINN CORRECTIONAL CENTER | MAGISTRATE JUDGE KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Petitioner's petition for writ of habeas corpus be and is hereby **DISMISSED WITHOUT PREJUDICE** in accordance with the provisions of FRCP Rule 41(b).

THUS ORDERED AND SIGNED at Alexandria, Louisiana, on this 26 day of April, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE